# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **TONEY ROBERTS, on Behalf of Himself and on Behalf of All Others Similarly Situated,** § § § § | |
| **Plaintiff,** § § | **CIVIL ACTION NO. : 5:21-cv-654** |
| V. § § | |
| **BLACKSTAR FIBER COMPANY, LP,** § § | |
| **Defendant.** § § | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of this action without prejudice.

                                            Respectfully submitted,

                                            By: /s/ Beatriz Sosa-Morris
                                            Beatriz-Sosa Morris
                                            SOSA-MORRIS NEUMAN, PLLC
                                            BSosaMorris@smnlawfirm.com
                                            Texas State Bar No. 24076154
                                            5612 Chaucer Drive
                                            Houston, Texas 77005
                                            Telephone: (281) 885-8844
                                            Facsimile: (281) 885-8813

                                            LEAD ATTORNEY IN CHARGE FOR PLAINTIFF

**BAKER & HOSTETLER LLP**

By: */s/ Mark D. Temple*
Mark D. Temple, *attorney-in-charge*
Texas Bar No. 00794727
Peter J. Stuhldreher, *of counsel*
Texas Bar No. 24056393
Paul M. Knettel, *of counsel*
State Bar No. 24102031
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
mtemple@bakerlaw.com
pstuhldreher@bakerlaw.com
pknettel@bakerlaw.com

**ATTORNEYS FOR DEFENDANT**